[No. 1162-2.    Division Two.    February 14, 1974.]

NORMAN LANGE, *Appellant*, v. THOMAS A. SLOAN, JR., *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 718859, Frank Howard, J., entered March 1, 1972. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 503-3.    Division Three.    February 22, 1974.]

DOROTHY H. ANDERSON, *Respondent*, v. ORRIN MELVIN ANDERSON, *Appellant*.

BESSIE J. ANDERSON, *Respondent*, v. ORRIN MELVIN ANDERSON *et al.*, *Appellants*.

Appeal from judgments of the Superior Court for Walla Walla County, Nos. 59277, 60042, Albert N. Bradford, J., entered October 18, 1971. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, J., and Evans, J. Pro Tem.

[No. 1893-1.    Division One.    February 25, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVERA FAYE READMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 59828, Stanley C. Soderland, J., entered August 15, 1972. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Williams, JJ.